IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0135

_____

IN THE MATTER OF:

A.M.M.R. and M.L.R.M.R.,                                    O R D E R

      Youths in Need of Care.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 3 2021